**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **IN RE: YASMIN AND YAZ (DROSPIRENONE)** | ) | **3:09-md-02100-DRH-PMF** |
| **MARKETING, SALES PRACTICES AND** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates to:**

*Ambika Ganapathy v. Bayer Corporation, et al.*      No. 3:14-cv-10055-DRH-PMF

*Connie Mae Massey Long v. Bayer Corporation, et al.*    No. 3:10-cv-11091-DRH-PMF

*Melissa Lucius v. Bayer Corporation, et al.*      No. 3:10-cv-11093-DRH-PMF

*Diane Vetere v. Bayer Corporation, et al.*      No. 3:12-cv-10553-DRH-PMF

*Cristina M. Lopez-Real, et al. v. Bayer HealthCare*    No. 3:12-cv-10807-DRH-PMF
*Pharmaceuticals Inc, et al.*

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

**HERNDON, District Judge:**

This matter is before the Court on Defendant's (Bayer HealthCare Pharmaceuticals Inc.) motions for an order dismissing the above captioned plaintiffs' claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2).

In each of the above captioned actions, the Court granted a motion to withdraw filed by counsel. The order granting leave to withdraw expressly provided that if the subject plaintiff (or her new counsel) failed to file a timely supplementary entry of appearance, the action would be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to

prosecute or to comply with the orders of this Court. To date, and in violation of this Court's orders and Local Rule 83.1(g), the above captioned plaintiffs have not filed a supplementary appearance. In addition, the above captioned plaintiffs have not responded to the subject motion to dismiss.

The plaintiffs must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b).  Accordingly, for the reasons stated herein, the claims of the above captioned plaintiffs are hereby **DISMISSED** without prejudice. **This Order closes the above captioned cases and the Court DIRECTS the Clerk to terminate these actions from the Court's docket**.

**IT IS SO ORDERED.**

**Signed this 15th day of November, 2016.**

Digitally signed by
Judge David R. Herndon
Date: 2016.11.15
12:28:24 -06'00'

**United States District Judge**